# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS and JOHNNY ISAIS,<br><br>　　　　Plaintiffs,<br>　vs.<br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:19−cv−01312-SAB<br><br>ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the deadlines in the November 25, 2019 scheduling order are amended as follows:

1. Non-expert Discovery Cutoff:　　　　　　July 6, 2020.

2. Initial Expert Witness Disclosures:　　　　July 13, 2020.

3. Supplemental Expert Witness Disclosure:　August 1, 2020.

4. Expert Discovery Cutoff:　　　　　　　　August 18, 2020.

5. All other aspects of the November 25, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **March 31, 2020**

UNITED STATES MAGISTRATE JUDGE