# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS, et al., | Case No. 1:19-cv-01312-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FCA US LLC, | (ECF No. 16) |
| Defendant. | SIXTY DAY DEADLINE |

On September 18, 2019, this matter was removed to the Eastern District of California from the Tulare County Superior Court. On July 24, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. The notice of settlement states that dispositional documents should be filed within 120 days.

Pursuant to the Local Rules of the Eastern District of California,

> Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 272.

L.R. 160(b). The parties have failed to demonstrate good cause to extend the deadline to file dispositive documents. The Court shall extend the deadline to sixty days and any request for a continuance will be required to demonstrate good cause for the requested extension.

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**July 27, 2020**__

UNITED STATES MAGISTRATE JUDGE