# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FCA US LLC,<br><br>    Defendant. | Case No.: 1:19−cv−01312-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 18) |

On September 25, 2020, the parties filed a stipulation to extend the deadline to file dispositional documents in this action.

Pursuant to stipulation of the parties and good cause appearing, the parties shall file dispositional documents within forty-five days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 25, 2020**

                                       UNITED STATES MAGISTRATE JUDGE