# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS, et al., | Case No. 1:19-cv-01312-SAB |
| Plaintiffs, | ORDER EXTENDING DEADLINE FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FCA US LLC, | (ECF No. 20) |
| Defendant. | |

Pursuant to a notice of settlement and order of the Court, dispositional documents are currently due to be filed on or before November 9, 2020.  (ECF No. 19.)  On November 9, 2020, the parties filed a stipulation requesting a fourteen (14) day extension of the deadline to file dispositional documents.  (ECF No. 20.)  The parties proffer that additional time is needed to complete funding of the settlement, and anticipate that funding should be completed during the week of November 9, 2020.  (Id.)  The Court finds good cause to extend the deadline.

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before November 23, 2020.

IT IS SO ORDERED.

Dated:   **November 9, 2020**

_____

UNITED STATES MAGISTRATE JUDGE

1