# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 1:19-cv-01312-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>SEVEN DAY DEADLINE |

On November 9, 2020, the parties filed a stipulation to extend time for dispositional documents to be filed in this action and an order issued requiring dispositional documents to be filed on November 23, 2020.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Here, the parties filed a notice of settlement on July 24, 2020, and the deadline to file dispositional documents has been continued twice at the stipation of the parties.  The current deadline to file has passed and the parties have not filed dispositive documents.

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE IN WRITING within **seven (7) days** of the date of entry of this order why sanctions should not issue for the failure to file dispositive documents in compliance with the November 10, 2020 order. **The parties are forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **November 25, 2020**                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE