# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISAIS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FCA US LLC,<br><br>  Defendant. | Case No. 1:19-cv-01312-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 22, 23, 24) |

On July 24, 2020, the parties filed a notice of settlement and were ordered to file dispositional documents within sixty days of July 27, 2020. (ECF Nos. 16, 17.) On September 25, 2020, the parties stipulated to an extension of time to file dispositional documents and were ordered to file dispositional documents within forty-five days. (ECF Nos. 18, 19.) On November 9, 2020, the parties stipulated to extend time for dispositional documents to be filed and were ordered to file dispositional documents by November 23, 2020. (ECF Nos. 20, 21.) On November 25, 2020, an order issued requiring the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the November 10, 2020 order. (ECF No. 22.)

On November 30, 2020, a declaration in response to the order to show cause and a stipulation for dismissal of this action were filed. (ECF Nos. 23, 24.) In the response to the order to show cause, counsel states that the lien on the vehicle had not yet been paid and the parties were waiting for the lien to be finalized prior to filing dispositional documents. In this

1

circumstance, the prudent course of action would have been to file a further stipulation informing the Court of the delay and requesting additional time, rather than disregarding the deadline in the order and risking the issuance of sanctions. However, the Court shall discharge the order to show cause.

The parties have filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed November 25, 2020, is DISCHARGED; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 1, 2020**

UNITED STATES MAGISTRATE JUDGE